COMMONWEALTH of Pennsylvania, Petitioner

v.

Jawayne K. BROWN, Respondent

Commonwealth of Pennsylvania, Petitioner

v.

Richard Brown, Respondent

Commonwealth of Pennsylvania, Petitioner

v.

Aquil Bond, Respondent

No. 384 EAL 2016
No. 385 EAL 2016
No. 386 EAL 2016

Supreme Court of Pennsylvania.

February 28, 2017

## ORDER

PER CURIAM

AND NOW, this 28th day of February, 2017, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the following issue:

Should a claim barring retrial on the basis of double jeopardy pursuant to Commonwealth v. Smith, 615 A.2d 321 (Pa. 1992), require factual findings made by the original trial judge, or a hearing based on further testimony, regarding the intent of the prosecutor?

Allocatur is **DENIED** as to the remaining issue.